```
                         UNITED STATES DISTRICT COURT
                         SOUTHERN DISTRICT OF FLORIDA

                         CASE NO.  12-20506-CIV-SEITZ
                         MAGISTRATE JUDGE P. A. WHITE
```

GEOVANI SOLANO,                      :

      Petitioner,              :

v.                                   :         REPORT OF
                                               MAGISTRATE JUDGE
IMMIGRATION AND CUSTOMS                          (DE#10)
ENFORCEMENT,                         :

      Respondent.              :
-----------------------------

     The pro-se petitioner, Geovani Solano, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. §2241, while confined in the Everglades Correctional Institution challenging a detainer lodged by the Respondent.

     An Order to Show Cause was issued, and the government filed a motion to dismiss (DE#10), stating correctly that this claim is moot. The petitioner was released from state custody on February 14, 2012. (Exh A). The government states he is not under any Court Order.

     Clearly, the petitioner's release from incarceration renders this petition moot. Article III of the Constitution limits the federal court jurisdiction to the consideration of cases and controversies. In order to satisfy the constitutional requirement, the petitioner must suffer or be threatened with an actual injury traceable to the defendant, which is likely to be redressed by a favorable judicial decision. <u>Soliman v. United State</u>, 296 F.3d 1237, 1243-44 (11 Cir. 2002). Once the petitioner is released, he must demonstrate an existing collateral consequence in order to

maintain the suit. Id. Spencer v Kemma, 523 U.S. 1 (1998)

It is therefore recommended that the government's motion to dismiss (DE#10) be granted, and this case be dismissed as moot.

Objections to this Report may be filed with the United States District Judge within fourteen days after receipt.

Dated this 21st day of March, 2012.

_____
UNITED STATES MAGISTRATE JUDGE


cc:  Geovani Solano,  Pro Se
     18201 SW 12th St
     Miami, FL 33194
     Address of record

     Milton Aponte, AUSA
     Attorney of record