**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
CASE NO. 12-20506-CIV-SEITZ/WHITE

GEOVANI SOLANO,

        Petitioner,

v.

IMMIGRATION AND CUSTOMS ENFORCEMENT,

        Respondent,

_____/

## ORDER ADOPTING REPORT AND  CLOSING CASE

THIS CAUSE is before the Court on the Report of Magistrate Judge  [DE-11].  In that Report, Magistrate Judge White recommends that Petitioner's Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 be denied as moot and Respondent's Motion to Dismiss for Mootness [DE-10] be granted.  After Petitioner filed his Petition, he was released from detention in the regular course of business.  Thus, there no longer exists a case or controversy. Furthermore, Petitioner has not filed objections to the Report.  Thus, having carefully reviewed, *de novo*, Magistrate Judge White's Report, the record, and given that Plaintiff has not objected, it is

    ORDERED that:

    (1) The above-mentioned Report of Magistrate Judge [DE-11]  is AFFIRMED and ADOPTED, and incorporated by reference into this Court's Order;

    (2) Respondent's Motion to Dismiss for Mootness [DE-10] is GRANTED;

    (3) Petitioner's Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 [DE-1] is DISMISSED as moot.

(4)  All pending motions not otherwise ruled upon in this Order are DENIED AS MOOT;

and

(5) This case is CLOSED.

DONE and ORDERED in Miami, Florida, this 20 day of April, 2012.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc:   Magistrate Judge White
       All Counsel of Record

2